**IT IS SO ORDERED.**

**Dated:  09:23 AM August 25 2010**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1007003
SJB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 10-52391 |
| Shaun David Loeffler | Chapter 7<br>Judge Shea-Stonum |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 234 SILL AVENUE, CUYAHOGA FALLS, OH 44221** |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant").  (Docket **11**).  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 234 Sill Avenue Cuyahoga Falls, OH 44221.

###

SUBMITTED BY:


/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kathryn A. Belfance - Trustee
1 Cascade Plaza 15th Floor
Akron, OH 44308
kb@rlbllp.com
VIA ELECTRONIC SERVICE

Mark H. Knevel, Esq. - Attorney for Debtor
629 Euclid Avenue Suite 519
Cleveland, OH 44114
mknevel@knevel.com
VIA ELECTRONIC SERVICE

Kristen L. Loeffler - Creditor
2234 Sill Avenue
Cuyahoga Falls, OH 44221
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Shaun David Loeffler - Debtor
234 Sill Avenue
Cuyahoga Falls, OH 44221
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE